## SECOND DEPARTMENT, FEBRUARY TERM, 1888.

Judgment affirmed, with costs. Opinion by Macomber, J.

Alexander B. Crane, Executor, etc., Respondent, v. The Mayor, etc., of the city of New York, Appellant. — Judgment reversed and new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J., and Macomber. J.

Thomas D. Reilly. Respondent, v. The World Publishing Association, Appellant. — Order affirmed with costs. Opinion *Per Curiam.*

The People of the State of New York *ex rel.* John M. Matthews v. Stephen B. French and others. — Writ dismissed without costs. Opinion *Per Curiam.*

The People of the State of New York *ex rel.* Joseph A. Gardner v. Stephen B. French and others. — Conviction reversed, relator reinstated. Opinion *Per Curiam.*

The People of the State of New York *ex rel.* George Washburn v. Stephen B. French and others.

The People of the State of New York *ex rel.* Hy Heddin v. Same. — Proceedings affirmed and writs dismissed with costs. Opinion *Per Curiam.*

Lena Post, Appellant, v. John H. Cobb, Respondent. — Order and judgment affirmed with costs. Opinion by Van Brunt, P. J.

Ella B. Newton, Administratrix, Respondent, v. Linus A. Gould, General Assignee, etc — Order reversed with costs and disbursements. Opinion by Bartlett, J.

Margaret Budd, Respondent, v. Stephen A. Walker, Executor, etc., Appellant.—Judgment affirmed without costs. Opinion *Per Curiam.*

Mahlon Vail, Respondent, v. Daniel H. Craig and another, Appellants.—Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

Ann Maria Deen, Respondent, v. William Milne, Executor, etc., Appellant. — Judgment modified as directed, and affirmed as modified, without costs to either party. Opinion by Daniels, J.

Theodore E. Tomlinson, Jr., Respondent, v.

Samuel A. Nolen, Appellant, Impleaded, etc.— Judgment affirmed with costs of the appeal. Opinion by Daniels, J.

William H. Yeandle and others, Respondents, v. Celeste Yeandle, Appellant. — Judgment reversed and new trial ordered, with costs to abide the event. Opinion by Daniels, J.

Robert Douai, Appellant, v. The Metropolitan Elevated Railway Company and another, Respondents.— Judgment affirmed. Opinion by Daniels, J.

Margaret Cullen, Respondent, v. John R. Martinez Hernz, Appellant.— Judgment reversed, and new trial ordered, with costs to abide the event. Opinion by Daniels, J.

George F. Victor and others, Appellants, v. George D. Nichols and others, Respondents.— Judgment affirmed, with costs. Opinion by Daniels, J.

James Edwards and another, Respondents, v. John E. Dooley and another, Appellants.— Judgment modified as directed in opinion, and affirmed as modified, without costs. Opinion by Van Brunt, P. J.

Elias A. Wilkinson, Respondent, v. Joseph R. Hebert, Appellant.— Judgment affirmed, with costs. Opinion by Bartlett, J.

Charles Robinson, Appellant, v. Hugh J. Jewett, as Receiver, etc., Respondent.— Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Ludwig Heck, Appellant, v, John Volz and another, Respondents. —Judgment appealed from modified, and as modified affirmed, without costs to either party. Opinion *Per Curiam.*

* Louisine W. Flanagan, Respondent, v. William L. Flanagan, Appellant.— Order reversed, with costs to abide the result, and an order entered staying proceedings upon the reference until the trial and disposition of the defendant's suit against the plaintiff. Opinion by Daniels, J.

Caroline Murray, Respondent, v. Agnes Murray, Appellant, Impleaded, etc.— Order reversed, and injunction vacated, with costs. Opinion *Per Curiam.*

---

## SECOND DEPARTMENT, FEBRUARY TERM, 1888.

John Hays, Respondent, v. Catharine E. Raybold and another, Appellants.— Order for examination of defendant Raybold, and order denying motion to vacate same affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J.

John Hays, Respondent, v. Catharine E. Raybold and another, Appellants. — Order suspending judgment and order denying motion to resettle same affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J.; Pratt, J., not sitting.

John Hays, Respondent, v. Catharine E. Raybold and another, Appellants.— Judgment and the orders making receiver a party, and denying resettlement of same order, and order refusing to vacate same, and order granting stay affirmed, with costs of judgment, and ten dollars costs and disbursements on appeal from order. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Helena Dennerlein, Plaintiff, v. John Dennerlein, Defendant. — Richard Webber, Purchaser, Appellant.— Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.; Dykman, J., not sitting.

The People of the State of New York, Respondent, v. Courtland H. Bliven, Appellant.— Conviction and judgment affirmed. Opinion by Barnard, P. J.

John R. Helmers, Guardian, Appellant, v. Lewis R. Stegman, Sheriff, and others, Respondents. — Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J.

Matter of Judicial Settlement of Phoebe A. Kinner, Administratrix, etc.— Decree of Surrogate affirmed, with costs. Opinion by Pratt, J.

Mary Burke, Administratrix, etc, Respondent, v. Walston H. Brown and others, Appellants.— Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Matthias Siedenheller v. Crystal Water Company.— Order affirmed for non-submission of papers according to stipulation, with costs and disbursements.

Mary E. Smith, as Executrix, etc., Respondent, v. Edward Kane, Appellant.— Judgment etc., affirmed, with costs. Opinion by Pratt, J.

George B. Abbott, Public Administrator, etc., Plaintiff, v. John F. James, Defendant.—Judgment for defendant on the case submitted. Opinion by Pratt, J.

William H. Kimball, Respondent, v. Samuel J. Burrell, Appellant.— Order directing deed reversed, with costs and disbursements, and motion denied with ten dollars costs. Opinion by Barnard, P. J.

Eugene Cullen, Plaintiff, v. National Sheet Metal

---

* Decided January 18, 1888.